# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.

**Plaintiff (Petitioner)**

v.

JAMES R. HUGHES AKA J R HUGHES AKA JAMES ROBERT HUGHES;
et al.

**Defendant (Respondent)**

CASE and/or DOCKET No.: 17-00122

Sheriff's Sale Date: 4/19/2017

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party , and that I served JAMES R. HUGHES AKA J R HUGHES AKA JAMES ROBERT HUGHES the above process on the 20 day of February, 2017, at 9:55 o'clock, A.M, at 425 WEST PENNSYLVANIA AVENUE DOWNINGTOWN, PA 19335 , County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑     By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'10  Weight 200  Race WHITE  Sex MALE  Hair GRAY

Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_____     )

County of _Berks_____     ) SS:
     )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number:USA-158117
Case ID #:4816417

Subscribed and sworn to before me
this _23_ day of _Feb_____ , 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017